BOARD OF EDUCATION OF THE CITY OF ASBURY PARK, PLAINTIFF-PETITIONER, v. FLOYD G. HOEK, DEFENDANT-RESPONDENT.

See same case below: 66 *N. J. Super.* 231.

*Mr. Joseph N. Dempsey* for the petitioner.

*Mr. Edward W. Curry* for the respondent.

June 30, 1961. Granted.

IRVING GREENBERG, PLAINTIFF-RESPONDENT, v. DONALD FORNICOLA, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 65 *N. J. Super.* 104.

*Mr. Charles Frankel* and *Mr. Felix A. DeSarno* for the petitioners.

*Mr. George S. Skokos* for the respondent.

June 30, 1961. Granted.